August 4, 2018

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 705
New York, NY 10007

>    Re:  Agreement to Adjourn the TRO Hearing in *Donovan v. East Twelfth Street Tenants Housing Development Fund Corporation*, No. 18 Civ. 06950 (PGG) (KNF)

Judge Gardephe:

I am counsel for Plaintiff Kyle Donovan in the above-captioned action. On August 2, 2018, Plaintiff filed a complaint (Dkt. #1) against the defendant, a cooperative corporation (hereinafter, the "Co-op").

Plaintiff also filed a motion for a temporary restraining order ("TRO") prohibiting the Co-op from approving the sale of Unit #MW at 527 East 12th Street in the City of New York (Dkt. #4).

I write to confirm that yesterday, on a conference call with the Court's clerk, counsel for the Co-op, Michael Schwartz, and I agreed to adjourn the TRO so that the Co-op may file opposition papers on or before Tuesday, August 14th. Further, Mr. Schwartz agreed that the Co-op will not take any action with regards to the property that is the subject of the motion for the TRO prior to the Court ruling on the TRO.

The parties have not discussed whether they agree that Plaintiff will be permitted to file a reply to the opposition papers.  I will confer with

Mr. Schwartz on Monday to see if he consents.  If Mr. Schwartz does consent, Plaintiff will file reply papers by Friday, August 17th

We appreciate the Court's attention to this matter.  I may be reached at the below number or email if the Court has any questions.

> Sincerely,
> /s/ Bryce Jones
> T. Bryce Jones
> Jones Law Firm, P.C.
> 43 West 43rd Street
> Suite 180
> New York, NY 10036
> (212) 258-0685
> bryce@joneslawnyc.com
> Counsel for Plaintiff Kyle Donovan

*cc (via email):*
Michael Schwartz, Esq.
M. Schwartz Law, P.C.
330 West 38th Street, Suite 1204
New York, New York 10018
michael@michaelschwartzesq.com
Counsel for Defendant East Twelfth Street
Tenants Housing Development Fund Corporation