```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 13, 2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Kyle donovan                                          Docket No.: 18-CV-6950

              Plaintiff,               **ORDER FOR ADMISSION**
**PRO HAC VICE**

    -against-

East Twelfth Street Tenants Housing
Development Fund Corporation

             Defendants.

-------------------------------------------------------------------X


    Upon the motion of Michael Schwartz Esq., for admission to practice Pro Hac Vice in the

above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the states of New

York and New Jersey; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael Schwartz |
| Firm Name: | M. Schwartz Law, P.C. |
| Address: | 330 West 38th Street, Suite 1204, New York, NY 10018 |
| Telephone: | (212) 966-7439 |
| Fax: | (646) 661-2165 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for East

Twelfth Street Tenants Housing Development Fund Corporation in the above entitled action;


    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.   Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of the Court.


Dated: _____August 13, 2018_____          _____
                                                United States District Court Judge

                                                        Part I