UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Kyle donovan　　　　　　　　　　　　　　　Docket No.: 18-CV-6950

　　　　　　Plaintiff,　　　　　　　　　　　**AFFIDAVIT OF MICHAEL**
　　　　　　　　　　　　　　　　　　　　　　**SCHWARTZ SUPPORTING**
-against-　　　　　　　　　　　　　　　　　　**PRO HAC VICE ADMISSION**

East Twelfth Street Tenants Housing
Development Fund Corporation

　　　　　　Defendants.

-----------------------------------------------------------------X

　　　　I, Michael Schwartz, being duly sworn, do hereby depose and state as follows:

　　　　1.　　I am a practitioner with the law firm of M. Schwartz Law, P.C., located at 330 West 38th Street, Suite 1204, New York, NY 10018. My phone number is (212) 966-7439.

　　　　2.　　I have been admitted to practice as an attorney in the States of New York since 2004 and New Jersey since 2003. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

　　　　3.　　I have not requested Certificates of Good Standing as I will not be able to obtain them in time.

　　　　4.　　I am not currently suspended or disbarred in any jurisdiction.

　　　　5.　　I am not the subject of any pending disciplinary matters.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: New York, New York
　　　　August 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Michael Schwartz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　M. Schwartz Law, P.C.

STATE OF NEW YORK
COUNTY OF NEW YORK

    On August 6, 2018, the above-named Michael Schwartz personally appeared and made oath that the foregoing statements subscribed by him are true and accurate to the best of his knowledge, information and belief.

    Before me,

*Yevgeniy Krivulets*
Notary Public

YEVGENIY KRIVULETS
Notary Public, State of New York
No. 01KR6320449
Qualified in Richmond County
Commission Expires March 02, 2019