UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
Kyle Donovan,
    Plaintiff,                                          **18 Civ. 06950**

                                                          **[Proposed] Temporary**
                                                          **Restraining Order**

    v.

East Twelfth Street Tenants Housing
Development Fund Corporation,
    Defendant.
-------------------------------------------------X

      Upon consideration of (1) Plaintiff's Notice of Motion for a Temporary Restraining Order, (2) the accompanying memorandum of law, (3) Plaintiff's verified complaint, and (4) certification by Plaintiff's attorney, this Court hereby finds:

      1.    Plaintiff has shown that a Temporary Restraining Order is necessary to prevent irreparable harm to Plaintiff; and

      2.    Plaintiff is likely to prevail on the merits or, in the alternative, there are sufficiently serious questions going to the merits to make them a fair ground for litigation, and the balance of hardships tips decidedly in favor of the moving party.

      Accordingly, this Court hereby

      **ORDERS** a TEMPORARY RESTRAINING ORDER enjoining Defendant and its agents from approving the sale of the property Unit #MW at 527 East 12th Street, New York, NY, along with the accompanying 250 shares in the Corporation. No security shall be required of Plaintiff and this Order shall be effective immediately.

      IT IS SO ORDERED.

August 3, 2018

                                                                                   Hon. _____

                                                                                   United States District Judge  
                                                                                   Southern District of New York