```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE DONOVAN,

                Plaintiff,

    v.

EAST TWELFTH STREET TENANTS
HOUSING DEVELOPMENT FUND
CORPORATION,

                Defendant.

**ORDER**

18 Civ. 6950 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that there shall be a hearing on Plaintiff's application for a temporary restraining order and preliminary injunction on **Tuesday, August 28, 2018, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 24, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge