```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/18__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE DONOVAN,

                Plaintiff,

      v.

EAST TWELFTH STREET TENANTS
HOUSING DEVELOPMENT FUND
CORPORATION,

                Defendant.

**ORDER**

18 Civ. 6950 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff's motion for a temporary restraining order (Dkt. No. 11) is denied for the reasons stated in open court. The Clerk of the Court is directed to terminate the motion.

Dated: New York, New York
       August 28, 2018

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge