**M. SCHWARTZ LAW, P.C.**
330 West 38th Street, Suite 1204
New York, New York 10018
Telephone: (212) 966-7439
Facsimile: (646) 661-2165

September 27, 2018

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 705
New York, NY 10007

      RE:    Request to schedule a pre-motion conference before filing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1), *Donovan v. East Twelfth Street Tenants Housing Development Fund Corporation*, No. 18-CV06950.

Honorable Gardephe:

    I am the attorney for East Twelfth Street Tenants Housing Housing Development Fund Corporation. Your Honor heard Plaintiff Kyle Donovan's application for a temporary restraining order ("TRO") requesting that the HDFC be prohibited from approving any sale of Unit MW located at 527 East 12th Street, New York, New York and denied the motion on August 28, 2018.

    I intend to move this Court for an order dismissing the Complaint against the HDFC in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) because this Court lacks subject matter jurisdiction over this action. As I understand, your Honor requires that parties have a pre-motion conference before any motion to dismiss is filed. I respectfully request that the conference be scheduled at the earliest possible date.

    Thank you for your attention to this matter. Please feel free to contact the undersigned at (212) 966-7439 if you have any questions or concerns.

Regards,

Michael Schwartz, Esq.
M. Schwartz Law, P.C.
330 West 38th Street, Suite 1204
New York, New York 10018
(212)966-7439
michael@michaelschwartzesq.com
Counsel for Defendant East Twelfth Street

                Tenants Housing Development Fund Corp.

Cc:
T. Bryce Jones, Esquire
Jones Law Firm P.C.
43 West 43rd Street, Suite 180
New York, NY 10036
(212)258-0685
Bryce@joneslawnyc.com
Counsel for Plaintiff Kyle Donovan