```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE DONOVAN,

                Plaintiff,

v.

EAST TWELFTH STREET TENANTS
HOUSING DEVELOPMENT FUND
CORPORATION,

                Defendant.

**ORDER**

18 Civ. 6950 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference currently scheduled for November 8, 2018 is adjourned sine die. It is further ORDERED that the following schedule will apply to Defendant's proposed motion to dismiss (see Dkt. No. 19):

1. Defendant's motion is due on **November 7, 2018**;

2. Plaintiff's opposition is due on **November 28, 2018**; and

3. Defendants' reply, if any, is due on **December 5, 2018**.

Dated: New York, New York
       October 19, 2018

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge