T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm P.C.

April 3, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom: 705
New York, New York 10007

Re: *Donovan v. East Twelfth Street Tenants Housing Development Fund Corporation*, No. 18-CV-06950

Dear Judge Gardephe:

I represent Plaintiff Kyle Donovan in the above-captioned matter.

On November 30th, 2018, I filed a letter requesting a pre-motion conference on a Motion to Amend Pleadings, Docket #24. The clerk rejected this letter as improperly docketed. The latest filing of this letter was made on February 6th, 2019, Docket #29.

The Plaintiff respectfully raises to this Court's attention that his request is pending for a pre-motion conference, that the Federal Rules of Civil Procedure provide for leave to amend to be liberally granted, and that this case is in its very earliest stages.

Respectfully submitted,

T. Bryce Jones